■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FITZSIMMONS, Appellant. — Judgment of the Supreme Court, Kings County (Goldman, J.), rendered January 12, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Mangano, Weinstein and Boyers, JJ., concur.